### THE STATE OF LOUISIANA vs. LE BLANC, JUDGE, &c.

5  329<br>f125  366

#### APPLICATION FOR A MANDAMUS.

The right to have a mortgage cancelled by order of a judge of the Court of
  Probates, cannot be tested, unless those who have a real or pretended
  interest, are made parties.

Mrs. Widow Rillieux, natural tutrix to her minor children,
had sued them, and obtained judgment for sale and partition
of a plantation, which they owned in common and undivided,
and on which there existed the legal mortgage against her as
tutrix of the children, and several conventional mortgages.
In order that she might give a clear, unincumbered title, to
the purchasers at the public sale ordered, she applied to the
judge of the Court of Probates, for the parish of St. John the
Baptist, before whom the proceedings had been conducted,

for an order to erase and cancel the mortgages. The judge refused to grant this order, and she applied for a mandamus.

PORTER, J. delivered the opinion of the court.

*The right to have a mortgage cancelled by .order of a judge of the Court of Probates, cannot be tested, unless those who have a real or pretended interest, are made parties.*

This is an application for a mandamus to the judge of Probates to *St. Jean the Baptiste,* to compel him to grant an order to erase and cancel some mortgages on property which the applicant has purchased at a sale made under the authority of his court. We are of opinion that this question cannot be decided with the judge, but that it must be by a proceeding, to which those having an interest, real or pretended, adverse to the application, are made parties. The rule must, therefore, be discharged.

*Morphy,* for applicant.

*Pichot,* for defendant.